1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   ARMANDO FIMBREZ,                          Case No.: 1:24-cv-01462-BAM (PC)

12                    Plaintiff,               ORDER TO SUBMIT COMPLETED
                                               PRISONER APPLICATION TO PROCEED *IN*
13          v.                                 *FORMA PAUPERIS* OR PAY FILING FEE
                                               WITHIN **THIRTY (30) DAYS**
14   FRESNO COUNTY JAIL, *et al.*,

15                    Defendants.

16

17          Plaintiff Armando Fimbrez ("Plaintiff") is a county jail inmate proceeding *pro se* in this

18   civil rights action under 42 U.S.C. § 1983.  Plaintiff initiated this action on December 2, 2024,

19   (ECF No. 1), together with a request to waive court fees, (ECF No. 2).

20          Plaintiff's request to waive court fees is a form used by the California state court system.

21   (ECF No. 2.)  Plaintiff has completed the wrong version of the *in forma pauperis* application, and

22   the application also does not include a certified copy of Plaintiff's inmate trust account statement.

23   Plaintiff must submit a signed and completed form if he wishes for the application to be

24   considered.

25          Accordingly, IT IS HEREBY ORDERED as follows:

26      1.  The Clerk of the Court is directed to serve this order and a blank *in forma pauperis*

27          application for a prisoner on Plaintiff;

28   ///

                                              1

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, **completed and signed**, **together with a certified copy of his inmate trust account statement**, or in the alternative, pay the $405.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **December 3, 2024**          /s/ *Barbara A. McAuliffe*     _
UNITED STATES MAGISTRATE JUDGE